Civil Action No. 3:24-cv-03232

# Exhibit “A”

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GWENDOLYN WOODARD | § | |
| | § | |
| vs. | § | Civil Action No. 3:24-cv-03232 |
| | § | |
| HOME DEPOT U.S.A., INC. | § | **JURY DEMANDED** |

**INDEX OF DOCUMENTS**

**EXHIBIT A:** Index of Documents (filed with Notice of Removal)

**EXHIBIT B:** State Court Action Documents (filed with Notice of Removal) –

| Tab No. | State Court Document | Date Filed |
|---|---|---|
| B-1 | State Court Civil Case Summary | N/A |
| B-2 | Plaintiff's Original Petition | 11/08/2024 |
| B-3 | Issuance Citation | 11/08/2024 |
| B-4 | Return of Service | 12/02/2024 |
| B-5 | The Special Exceptions and Original Answer of Defendant | 12/23/2024 |

**EXHIBIT C:** List of Parties & Counsel

**EXHIBIT D:** Civil Cover Sheet (filed with Notice of Removal)